**Wilfrido S. MACIAS, Plaintiff—
Appellant,**

v.

**CITY AND COUNTY OF SAN
FRANCISCO, Defendant—
Appellee.**

No. 02–16169.

D.C. No. CV–01–02207–CW.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 18, 2003.

Before CANBY, O'SCANNLAIN and
T.G. NELSON, Circuit Judges.

MEMORANDUM**

Wilfrido S. Macias appeals pro se the
district court's summary judgment in favor
of defendant, City and County of San
Francisco, in Macias' action alleging that
defendant's failure to hire him for a securi-
ty analyst position was discrimination on
the basis of national origin and age in
violation of Title VII and the Age Discrim-
ination and Employment Act ("ADEA").
We have jurisdiction pursuant to 28 U.S.C.
§ 1291. We review de novo, *Vasquez v.
County of L.A.*, 307 F.3d 884, 889 (9th
Cir.2002), and we affirm.

Summary judgment was proper because
after defendant met its burden of provid-
ing a legitimate nondiscriminatory reason
for not hiring Macias, he failed to demon-
strate that defendant's reason was a mere
pretext for discrimination. *See Wallis v.
J.R. Simplot Co.*, 26 F.3d 885, 892 (9th
Cir.1994) (rejecting plaintiff's claims of dis-
crimination based on national origin and
age because plaintiff did not provide evi-
dence rebutting defendant's legitimate ex-
planation for its actions).

Macias' remaining contentions lack mer-
it.

**AFFIRMED.**

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

